```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN

BANK OF NOVA SCOTIA,                     )
                                         )
            Plaintiff,                   )
                                         )
            v.                           )   Civil No. 2018-05
                                         )
GLORIA SAMUELS; THE ESTATE OF FREDERICK  )
SAMUELS, all unknown Heirs of Frederick  )
Samuels and all other Persons claiming   )
any right, title, estate, lien, or       )
interest in Parcel Nos. 5E and 5Ei Estate)
Pastory, No. 5 Cruz Bay Quarter, St.     )
John, U.S. Virgin Islands; and WELLS     )
FARGO BANK NATIONAL ASSOCIATION,         )
                                         )
            Defendants.                  )
                                         )
_____)
                                         )
GLORIA SAMUELS,                          )
                                         )
            Counterclaimant,             )
                                         )
            v.                           )
                                         )
BANK OF NOVA SCOTIA,                     )
                                         )
            Counter-defendant.           )
                                         )
_____)
                                         )
THE ESTATE OF FREDERICK SAMUELS,         )
                                         )
            Counterclaimant,             )
                                         )
            v.                           )
                                         )
BANK OF NOVA SCOTIA,                     )
                                         )
            Counter-defendant.           )
                                         )
_____)
```

**ATTORNEYS:**

**Matthew J. Duensing**
Law Offices Duensing & Casner
St. Thomas, VI
    *For the plaintiff and counter defendant Bank of Nova Scotia,*

**Marie E. Thomas-Griffith**
**Samuel H. Hall , Jr.**
Hall & Griffith, P.C.
St. Thomas, VI
    *For the defendants and counterclaimants Gloria Samuels and the Estate of Frederick Samuels.*

## ORDER

**GÓMEZ, J.**

On February 26, 2020, Bank of Nova Scotia ("BNS") filed a document titled "Stipulation for Dismissal with Prejudice." *See* Stipulation for Dismissal with Prejudice, ECF No. 62. That document is signed by counsel for all parties who have appeared in this matter--BNS, Gloria Samuels, and the Estate of Frederick Samuels. In that document, the parties advise the Court that they entered a settlement agreement resolving all claims. As such, there is no case or controversy before the Court.

Additionally, the parties purport to stipulate that the Court shall retain jurisdiction for a period of sixty days to enforce the settlement agreement. "[W]hen . . . [a] dismissal is pursuant to Rule 41(a)(1)[(A)](ii) . . . the court is authorized to embody the settlement contract in its dismissal order (or, what has the same effect, retain jurisdiction over the

settlement contract) if the parties agree." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994). "Absent such action, however, enforcement of the settlement agreement is for state courts, unless there is some independent basis for federal jurisdiction." *Id.* at 382. As such, the Court construes the parties' stipulation as a request for the Court to enter an order dismissing this matter while retaining jurisdiction for a period of sixty days to enforce the settlement agreement.

The premises considered, it is hereby

**ORDERED** that this case is **DISMISSED** with prejudice; it is further

**ORDERED** that the trial setting in this matter is **VACATED**; it is further

**ORDERED** that all pending motions are **MOOT**; it is further

**ORDERED** that the Court shall retain jurisdiction in this matter for a period of sixty days to enforce the settlement agreement between the parties; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

S\_____
**Curtis V. Gómez**
**District Judge**