```
                    DISTRICT COURT OF THE VIRGIN ISLANDS
                      DIVISION OF ST. THOMAS AND ST. JOHN

BANK OF NOVA SCOTIA,                          )
                                              )
            Plaintiff,                        )
                                              )
            v.                                )   Civil No. 2018-05
                                              )
GLORIA SAMUELS; THE ESTATE OF FREDERICK       )
SAMUELS, all unknown Heirs of Frederick       )
Samuels and all other Persons claiming        )
any right, title, estate, lien, or            )
interest in Parcel Nos. 5E and 5Ei Estate     )
Pastory, No. 5 Cruz Bay Quarter, St.          )
John, U.S. Virgin Islands; and WELLS          )
FARGO BANK NATIONAL ASSOCIATION,              )
                                              )
            Defendants.                       )
                                              )
_____)
                                              )
GLORIA SAMUELS,                               )
                                              )
            Counterclaimant,                  )
                                              )
            v.                                )
                                              )
BANK OF NOVA SCOTIA,                          )
                                              )
            Counter-defendant.                )
                                              )
_____)
                                              )
THE ESTATE OF FREDERICK SAMUELS,              )
                                              )
            Counterclaimant,                  )
                                              )
            v.                                )
                                              )
BANK OF NOVA SCOTIA,                          )
                                              )
            Counter-defendant.                )
                                              )
_____)
```

**ATTORNEYS:**

**Matthew J. Duensing**
Law Offices Duensing & Casner
St. Thomas, VI
	*For the plaintiff and counter defendant Bank of Nova Scotia,*

**Marie E. Thomas-Griffith**
**Samuel H. Hall , Jr.**
Hall & Griffith, P.C.
St. Thomas, VI
	*For the defendants and counterclaimants Gloria Samuels and the Estate of Frederick Samuels.*

## ORDER

**GÓMEZ, J.**

Before the Court is the parties' joint motion to extend the time for the Court to retain jurisdiction to enforce the settlement agreement in this matter.

On February 26, 2020, the parties to this matter advised the Court that they entered a settlement agreement resolving all claims. On the same day, the Court entered a judgment dismissing the case. In its Judgment, the Court retained jurisdiction to enforce the terms of the settlement agreement for a period of 60 days.[1]

On April 16, 2020, the parties jointly moved to extend the period within which this Court would retain jurisdiction to June 25, 2020. The parties assert that an additional extension

---

[1] That sixty-day period expires on April 26, 2020.

*Bank of Nova Scotia v. Samuels et al.*
Civ. No. 18-05
Order
Page 3

of the Court's jurisdiction is necessary and appropriate given the COVID-19 pandemic.

The premises considered, it is hereby

**ORDERED** that the parties' joint motion, ECF No. 65, to extend the period within which this Court will retain jurisdiction is **GRANTED**; and it is further

**ORDERED** that the Court will retain jurisdiction to enforce the settlement agreement until June 25, 2020.

S\_____
    **Curtis V. Gómez**
    **District Judge**